UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY HITE AND DEBORAH HITE, <br>     Plaintiffs, | CIVIL ACTION NO. <br> 3:17-cv-01278-WWE |
| v. | |
| CBS CORP. et al., <br>     Defendants. | AUGUST 3, 2017 |

## MOTION AND ORDER OF DISMISSAL OF FOSTER WHEELER, LLC

Plaintiffs' counsel, Early, Lucarelli, Sweeney & Meisenkothen, LLC, hereby submit to the Court that plaintiff's desire to dismiss Foster Wheeler, LLC, with prejudice, from their respective cause.  Accordingly, Plaintiffs move for an entry of order dismissing Foster Wheeler.

                                              Respectfully submitted,
                                              THE PLAINTIFFS

                                              _s/ Brian P. Kenney, Esq._
                                              Brian P. Kenney, Esq.
                                              Federal Bar # ct27025
                                              Early, Lucarelli, Sweeney & Meisenkothen, LLC
                                              265 Church Street – 11th Floor
                                              New Haven, Connecticut 06510
                                              203-777-7799
                                              203-785-1671 (fax)
                                              bkenney@elslaw.com
                                              Counsel for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY HITE AND DEBORAH HITE, <br>     Plaintiffs, | CIVIL ACTION NO. <br> 3:17-cv-01278-WWE |
| v. | |
| CBS CORP. et al., <br>     Defendants. | AUGUST 3, 2017 |

## **ORDER**

The Court, having considered the Plaintiff's Motion and Order of Dismissal of Foster Wheeler, LLC, with prejudice, is hereby granted/denied.

_____

**Certificate of Service**

I hereby certify that on August 3, 2017 a copy of foregoing **Plaintiffs' Motion and Order of Dismissal of Foster Wheeler, LLC**, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    _s/ Brian P. Kenney, Esq.__
Brian P. Kenney, Esq.
Federal Bar # ct27025
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
bkenney@elslaw.com
Counsel for the Plaintiff